February 16, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

KENNETH L. HILL, Appellant

NO. 14-11-00773-CV                    V.

BRUCE SMITH M.D. AND MICHELLE LASTRAPE, Appellee

_____


This cause, an appeal from the judgment in favor of appellees, Bruce Smith, M.D. and Michelle Lastrape, signed September 7, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order this decision certified below for observance.